IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40908
Summary Calendar
_____

LEON LAVARN KENDRICK,

                                    Plaintiff-Appellant,

versus

CORRECTIONS CORPORATION OF AMERICA;
BOB KURTZ, Warden, Billy Moore UNIT;
Chief of Security, Billy Moore Unit;
JESSIE LUCAS,

                                    Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-584
- - - - - - - - - -
April 18, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Leon Lavarn Kendrick appeals the district court's denial of his motion for a preliminary injunction.  Kendrick argues that the district court abused its discretion by determining that he had not demonstrated the elements necessary for the issuance of an injunction.  We have reviewed the record and Kendrick's brief

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

and AFFIRM the district court's denial of the motion for the same

reasons adopted by the district court.  <u>Kendrick v. Correction

Corp.</u>, No. 6:95-CV-584 (E.D. Tex., Oct. 20, 1995).